1  Allan M. Tabor, State Bar No. 52846
   RYAN & TABOR
2  11 Embarcadero West, Suite 130
   Oakland, CA 94607-4543
3  Telephone (510) 444-5350
   Facsimile (510) 444-5359
4
   Attorneys for Plaintiff
5  LAWANDA PARKS

6

7  IN THE UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9

10

11 LAWANDA PARKS,                          CASE NO: CV 13-00001 IS

12         Plaintiff,

13 v.                                      **REQUEST FOR CONTINUANCE OF
                                           CASE MANAGEMENT CONFERENCE**
14

15 LIFELONG MEDICAL CARE; et. al           Date:   April 25, 2013
                                           Time:   2:30 p.m.
16                                         Dept.:  10

17         Defendants.

18

19     Plaintiff requests that the initial Case Management Conference be continued.

20     Plaintiff filed an Amended Complaint on February 19, 2013.  Plaintiff has served the

21
   United States Government by certified mail to United States Attorney, Ninth Floor, 450 Golden
22
   Gate Ave., San Francisco, CA 94102 on February 22, 2013.   Plaintiff received the post office
23
24 delivery receipt showing delivery was completed on February 25, 2013.

25     As the defendant is the United States Government an Answer is not due until April 25,

26 2013.

27
   A joint Case Management Conference can not presently be submitted.
28

                                                                                        1

I declare with personal knowledge under penalty of perjury under the laws of the State of California the above is true and correct. April 4, 2013, Oakland, California.

                        RYAN & TABOR

_____
ALLAN M. TABOR, ESQ.
Attorney for Plaintiff
Lawanda Parks

The case management conference has been continued to 6/21/13 at 2:30 p.m.



2

**PROOF OF SERVICE**

I declare that:

I am employed in the County of Alameda, State of California. I am over the age of 18, and am not a party to this action. My business address is, 11 Embarcadero West, Ste. 130, Oakland, California. On this day, I served the attached:

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** OF **APRIL 25, 2013**

in said cause addressed as follows:

1.     United States Attorney
       Ninth Floor, Federal Building
       450 Golden Gate Ave., Box 36055
       San Francisco, CA 94102-3495

/ X /   (**BY MAIL**) By placing a true copy thereof enclosed in a sealed envelope. I placed each such envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Oakland, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **APRIL 4, 2013** at Oakland, California.

_____
Allan M. Tabor, Esq.