MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWANDA PARKS, | ) CASE NO. C13-00001 EMC |
|     Plaintiff, | ) **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
|     Defendant. | ) |

    Subject to the approval of the Court, it is hereby stipulated by and between the parties that the Case Management Conference, currently set for July 11, 2013 at 9:00 a.m., be continued to August 1, 2013, at 9:00 a.m.

    Currently, a Case Management Conference is set for July 11, 2013. The parties seek to move the Case Management Conference to August 1, 2013 because counsel for defendant is currently scheduled for jury duty during the week of July 8, 2013. Defendant's counsel currently has a hearing set for the morning of July 18, 2013, and will be out of the office on July 25, 2013. For the reasons stated above, the parties respectfully request that the Case Management Conference currently scheduled for

///

///

STIP TO CONTINUE INITIAL CMC
C13-00001 EMC

1 | July 11, 2013, at 9:00 a.m., be moved to August 1, 2013, at 9:00 a.m.

2 |     IT IS SO STIPULATED.

3 |     DATED: June 12, 2013　　　　　　　　　MELINDA L. HAAG
                                               United States Attorney

                                             ____/s/_____
                                             JENNIFER S WANG
                                             Assistant United States Attorney
                                             Attorneys for Federal Defendant

    DATED: June 12, 2013

                                             ____/s/_____
                                             ALLAN TABOR
                                             Attorney for Plaintiff, Lawanda Parks

### [PR~~OPOS~~ED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

    The Case Management Conference currently scheduled for July 11, 2013, at 9:00 a.m., will be held on August 1, 2013, at 9:00 a.m. The parties' joint Case Management Statement will be due by July 25, 2013.

              7/2/13
DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIP TO CONTINUE INITIAL CMC
C13-00001 EMC