UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

LAWANDA PARKS,

        Plaintiff,

   v.

USA,

        Defendants.

No. C 13-0001 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: December 9, 2013
Mediator: Arlene Rosen

    IT IS HEREBY ORDERED that the request to excuse defendant United States of America's Agency representative, Erica Gibson (or another representative from the Department of Health and Human Services fully versed in the in the particulars of the case in the event that Ms. Gibson has not returned from maternity leave at the time of the mediation) from appearing in person at the December 9, 2013, mediation session before Arlene Rosen is GRANTED. The representative will be available at all times to participate telephonically in the mediation pursuant to ADR L.R. 6-10(f).

    IT IS SO ORDERED.

November 25, 2013    By: _____
Dated                                     Maria-Elena James
                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California