1 | MELINDA HAAG (CSBN 132612)
United States Attorney
2 | ALEX G. TSE (CSBN 152348)
Chief, Civil Division
3 | JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney
4 |
5 |     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
6 | FAX: (415) 436-6748
jennifer.s.wang@usdoj.gov
7 |
Attorneys for the Federal Defendant
8 |

9 |           UNITED STATES DISTRICT COURT

10 |         NORTHERN DISTRICT OF CALIFORNIA

11 |           SAN FRANCISCO DIVISION

12 |

13 | LAWANDA PARKS,                    )   CASE NO. C13-00001 EMC
                                    )
    Plaintiff,                      )   **STIPULATION TO CONTINUE STATUS**
14 |                                 )   **CONFERENCE**
    v.                              )
15 |                                 )
    UNITED STATES OF AMERICA,       )
16 |                                 )
    Defendant.                      )
17 | _____)

18 |

19 |     Subject to the approval of the Court, it is hereby stipulated by and between the parties that the Initial

20 | Status Conference, currently set for June 5, 2014 at 10:30 a.m., be rescheduled for July 10, 2014, at

21 | 10:30 a.m.

22 |     The parties filed a Stipulation and Agreement of Compromise and Settlement (the "Stipulation of

23 | Settlement"), which was signed by the Court on May 7, 2014. In its May 7, 2014 Order approving the

24 | Stipulation of Settlement, the Court ordered the June 5, 2014 status conference to be vacated once a

25 | stipulation for dismissal is filed.

26 |     In the Stipulation of Settlement, the parties agreed that a fully executed stipulation of dismissal of

27 | this action would be filed within five business days of receipt by plaintiff's attorney of the settlement

28 | amount. In the Stipulation of Settlement, defendant also notified the plaintiff that payment of the

STIPULATION TO CONTINUE STATUS CONFERENCE
C13-00001 EMC

1  settlement amount may take 60 days or more from the date that the Stipulation of Settlement is signed

2  by the Court to process.

3      For the reasons stated above, the parties respectfully request that the Status Conference currently

4  scheduled for June 5, 2014 at 10:30 a.m. be continued to July 10, 2014, at 10:30 a.m. to allow for

5  additional time for the payment of the settlement amount and for a stipulation of dismissal may be filed.

6

7                                                          Respectfully submitted,

8                                                          MELINDA HAAG
                                                           United States Attorney
9
   Dated: May 21, 2014
10                                                         JENNIFER S WANG
                                                           Assistant United States Attorney
11

12

13 Dated: May 21, 2014

14                                                         ALLAN TABOR
                                                           Attorney for Plaintiff
15
                                    [PROPOSED] ORDER
16

17      The Court, having considered the stipulation of the parties, orders that the Status Conference

18 currently set for June 5, 2014 at 10:30 a.m. is rescheduled for July 10, 2014 at 10:30 a.m.   The parties'

19 updated joint status report shall be filed by July 3, 2014.

20      IT IS SO ORDERED.

21 DATED: ___5/27/14_____

22                                       HON. EDWARD M. CHEN
                                         United States District Judge
23

24                      GRANTED

25                      Judge Edward M. Chen

26

27

28
   STIPULATION TO CONTINUE STATUS CONFERENCE
   C13-00001 EMC