MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
JENNIFER S WANG (CABN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-6967
    Fax: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWANDA PARKS,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>            Defendant. | Docket No. C13-00001 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

    THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

    Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Lawanda Parks and defendant United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorney's fees.

IT IS SO STIPULATED.

DATED: _____
                              LAWANDA PARKS
                              Plaintiff

DATED: 5-5-2014

ALLAN TABOR
Plaintiff's Attorney

DATED: June 18, 2014

Assistant United States Attorney
Attorney for Defendant
Jennifer S Wang, AUSA

[PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____6/19/14_____

HON. 
United S

IT IS SO ORDERED
Judge Edward M. Chen